IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL A. DAVIS, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | No. CIV-10-183-C |
| HECTOR A. LEDEZMA, Warden, | ) ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered a Report and Recommendation on March 24, 2010, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Petitioner merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief is dismissed. A judgment will enter accordingly.

IT IS SO ORDERED this 20th day of April, 2010.

ROBIN J. CAUTHRON
United States District Judge